UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REGENERON PHARMACEUTICALS, INC.,

Civil Action No._____

Plaintiff,

vs.

GENENTECH, INC.,

Defendant.

PLAINTIFF'S RULE 7.1 DISCLOSURE
STATEMENT
ECF Case

**11 CIV 0115**

Plaintiff Regeneron Pharmaceuticals, Inc. has no parent corporation.   Sanofi-Aventis Amerique du Nord S.N.C. owns 10% or more of the stock of Regeneron Pharmaceuticals, Inc.

Dated: February 18, 2011

FITZPATRICK, CELLA, HARPER & SCINTO

By: _____
Scott K. Reed (SR 5803)
Brian V. Slater (BS 7914)
Gregory B. Sephton (GS 6416)
1290 Avenue of the Americas
New York, NY 10104
Tel: 212-218-2100
Fax: 212-218-2200
sreed@fchs.com
bslater@fchs.com
gsephton@fchs.com

*Attorneys for Plaintiff*
*Regeneron Pharmaceuticals, Inc.*

Of counsel:

IRELL & MANELLA LLP
Morgan Chu
Jason G. Sheasby
Keith A. Orso
Amir Naini
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:   (310) 277-1010
Facsimile:   (310) 203-7199

*Of Counsel for Plaintiff*
*Regeneron Pharmaceuticals, Inc.*