| TO: Commissioner Of Patents<br>P.O. Box 1450<br>Alexandria, VA. 22313     (571) 272-8800 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A<br>*PATENT* OR *TRADEMARK* |
|---|---|

In compliance with the provisions of 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court **SDNY** on the following ☒ Patents or ☐ Trademarks:

| DOCKET NO.<br>11 cv 1156 | DATE FILED<br>2/18/2011 | United States District Court<br>Southern District of New York<br>300 Quarropas Street<br>White Plains, NY 10601-4150 |
|---|---|---|

| PLAINTIFF | DEFENDANT |
|---|---|
| Regeneron Pharmaceuticals, Inc. | Genentech, Inc. |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1. 5,952,199 | 9/14/1999 | Genentech, Inc |
| 2. 6,100,071 | 8/8/2000 | Genentech, Inc |
| 3. 6,383,486 | 5/7/2002 | Genentech, Inc |
| 4. 6,897,294 | 5/24/2005 | Genentech, Inc |
| 5. 7,771,721 | 8/10/2010 | Genentech, Inc |

In the above-entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT |
|---|
| |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

| CLERK | (BY) DEPUTY CLERK | DATE<br>2/18/2011 |
|---|---|---|

Copy 1   Upon *initiation* of action, mail this copy to Commissioner
Copy 2   Upon *filing document adding patent(s)*, mail this copy to Commissioner
Copy 3   Upon *termination of action*, mail this copy to Commissioner
Copy 4   Case file Copy