UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REGENERON PHARMACEUTICALS, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>GENENTECH, INC.,<br><br>        Defendant.<br><br>GENENTECH, INC.,<br><br>        Counter-Plaintiff,<br><br>v.<br><br>REGENERON PHARMACEUTICALS, INC.<br><br>        Counter-Defendant. | Civil Action No. 11-CV-01156 (VB)<br><br>ECF Case<br><br>Jury Demand |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and among the parties to this action through their counsel that the above-captioned action (including without limitation all Claims and Counterclaims and requests for Relief asserted in this action) be and hereby are dismissed in their entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

Each party shall bear its own costs and attorneys' fees in this action.

2799833

By: /s/ Scott K. Reed
Scott K. Reed (SR 5803)
Brian V. Slater (BS 7914)
Gregory B. Sephton (GS 6416)
Robert S. Schwartz (RS 1921)
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, NY 10104
Tel: (212) 218-2100
Fax: (212) 218-2200
sreed@fchs.com; bslater@fchs.com;
gsephton@fchs.com; rschwartz@fchs.com

Morgan Chu (*Pro Hac Vice*)
Jason G. Sheasby (*Pro Hac Vice*)
Keith A. Orso (*Pro Hac Vice*)
Amir Naini (*Pro Hac Vice*)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Tel: (310) 277-1010
Fax: (310) 203-7199
mchu@irell.com; jsheasby@irell.com;
korso@irell.com; anaini@irell.com

Stephen C. Robinson (SR34 70)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
Tel: (212) 735-2800
Fax: (917) 777-2800
Stephen.Robinson@skadden.com

*Attorneys for Regeneron Pharmaceuticals, Inc.*

By: /s/ Kenneth A. Gallo
Kenneth A. Gallo
Craig A. Benson
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street NW
Washington, DC 20006
Tel: (202) 223-7356
Fax: (202) 204-7356
kgallo@paulweiss.com
cbenson@paulweiss.com

Eric Alan Stone
Kira A. Davis
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: (212) 373-3000
Fax: (212) 757-3990
estone@paulweiss.com
kdavis@paulweiss.com

Jennifer Gordon
Scott Familant
BAKER BOTTS LLP
30 Rockefeller Center
New York, NY 10112
Tel: (212) 408-2500
Fax: (212) 408-2501
jennifer.gordon@bakerbotts.com
scott.familant@bakerbotts.com

*Attorneys for Genentech, Inc.*

**SO ORDERED:**

_____
U.S.D.J.

Dated:

_____